UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JAMAL DAMON HENDRIX, | Case No. 3:15-cv-00336-RCJ-WGC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | Re: ECF No. 63 |
| RENEE BAKER, et. al., | |
| Defendants. | |

Before the court is Plaintiff's Motion for Enlargement of Time to file his opposition to Defendants' motion for summary judgment. (ECF No. 63.) Defendants do not oppose the request. (ECF No. 64.)

Plaintiff's motion is **GRANTED**. Plaintiff shall have up to and including **May 17, 2018** to file and serve his response to Defendants' motion for summary judgment. Defendants' reply brief shall be filed and served within **fourteen days** of being served with Plaintiff's response.

**IT IS SO ORDERED.**

DATED: April 27, 2018.

WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE