# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>           Plaintiff,<br><br>vs.<br><br>RENEE BAKER, *et al.,*<br><br>           Defendants. | Case No.: 3:15-CV-00336-RCJ-WGC<br><br>ORDER |

    Before the Court is Plaintiff's Motion to Voluntarily Dismiss the Defendant: Greggory Smith from Complaint with Prejudice (ECF No. 90) and Defendants' Non-Opposition to Plaintiff's Motion to Voluntarily Dismiss the Defendant: Greggory Smith from Complaint with Prejudice (ECF No. 91). Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion to Voluntarily Dismiss the Defendant Greggory Smith from Complaint with Prejudice (ECF No. 90) is GRANTED.

    IT IS SO ORDERED.

                                  DATED: This 9th day of August, 2019.

                                  _____
                                  ROBERT C. JONES
                                  Senior District Judge